```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    PAUL H. ROCHMES (SBN 077928)           FILED: 11/15/11
 4  Assistant United States Attorney
       Federal Building, Suite 7211
 5     300 North Los Angeles Street        NOTE: CHANGES MADE BY
       Los Angeles, California  90012      THE COURT
 6     Telephone:  (213) 894-2413
       Facsimile:  (213) 894-0115
 7     E-mail: paul.rochmes@usdoj.gov

 8  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 11-08858-GHK(RNBx) |
| Petitioner, | ) [~~PROPOSED~~] |
| vs. | ) AMENDED ORDER TO SHOW CAUSE |
| RACHEL D. RUBIN, | ) |
| Respondent. | ) |

    Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell, 379 U.S. 48, 57-58 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie*

case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. **650**,

☐ United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

☒ Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

☐ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

☐ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

on December 19, 2011, at **9:30 a**.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents,

2

1  Respondent shall file and serve a written response, supported by
2  appropriate sworn statements, as well as any desired motions.
3  If, prior to the return date of this Order, Respondent files a
4  response with the Court stating that Respondent does not desire to
5  oppose the relief sought in the Petition, nor wish to make an
6  appearance, then the appearance of Respondent at any hearing
7  pursuant to this Order to Show Cause is excused, and Respondent
8  ==shall comply with the summons and appear on a date and time to be==
9  ==ordered by the Court.==
10
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

3

1  **IT IS FURTHER ORDERED** that all motions and issues raised by
2  the pleadings will be considered on the return date of this
3  Order.  Only those issues raised by motion or brought into
4  controversy by the responsive pleadings and supported by sworn
5  statements filed within ten (10) days after service of the herein
6  described documents will be considered by the Court.  All
7  allegations in the Petition not contested by such responsive
8  pleadings or by sworn statements will be deemed admitted.

10 DATED:  This __15th__ day of _____November_____, 2011.

                                    _____
                                    HON. GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE

18 Presented By:

19 ANDRÉ BIROTTE JR.
   United States Attorney

21 SANDRA R. BROWN
   Assistant United States Attorney
   Chief, Tax Division

   _____
24 PAUL H. ROCHMES
   Assistant United States Attorney
25 Attorney for the United States of America

4